
ORIGINAL

**FILED**

09/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0508

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0508

RANDALL KEITH ORTON,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

SEP 2 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Randall Keith Orton has filed an eighth motion for extension to file his opening brief.

On August 25, 2022, the Court issued an order giving Appellant until September 30, 2022, to file his opening brief with no further extensions.

IT IS HEREBY ORDERED that Appellant has until October 14, 2022, within which to file his opening brief. No further extensions will be granted. If the opening brief is not filed on or before October 14, 2022, this matter will be dismissed with prejudice.

DATED this 27 day of September, 2022.

For the Court,

                    Chief Justice